**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Loudin Rohr, Appellant.

Appellate Case No. 2011-189246

———————

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-174
Heard April 2, 2013 – Filed May 1, 2013

———————

**AFFIRMED**

———————

Appellate Defender Susan B. Hackett, of Columbia, for Appellant.

Attorney General Alan M. Wilson, Assistant Attorney General Jennifer E. Roberts, and Assistant Attorney General J. Walt Whitmire, all of Columbia, for Respondent.

———————

**PER CURIAM:** Loudin Rohr appeals his convictions for assault and battery of a high and aggravated nature and criminal domestic violence of a high and

aggravated nature, arguing the trial judge erred in allowing the State to inappropriately bolster the testimony of a child witness.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Kromah*, 401 S.C. 340, 362, 737 S.E.2d 490, 501 (2013) (finding error in the admission of improper corroboration testimony may be harmless where there is evidence other than the corroborated testimony, and the error "could not reasonably have affected the result of the trial"); *State v. Black*, 400 S.C. 10, 27, 732 S.E.2d 880, 890 (2012) ("An appellate court generally will decline to set aside a conviction due to insubstantial errors not affecting the result." (citations omitted)).

**AFFIRMED.**

**SHORT, THOMAS, and PIEPER, JJ., concur.**